COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NOS. 2-09-287-CV

       2-09-317-CV

       2-09-318-CV

IN RE:  TWO HUNDRED FIFTY-NINE

THOUSAND, THREE HUNDRED THIRTY-SIX

DOLLARS AND SEVEN/100

----------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Agreed Motion To Dismiss Appeals.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeals.  
See
 
Tex. R. App. P.
 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  MEIER, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED:  October 29, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.